KING PHARMACEUTICALS, INC. and King Pharmaceuticals Research and Development, Inc., Plaintiffs/Counterclaim Defendants–Appellees,

and

JONES PHARMA INC., Plaintiff/Counterclaim Defendant,

v.

Eon Labs, Inc., Defendant/Counterclaim Plaintiff–Appellant,

v.

Elan Pharmaceuticals, Inc., Counterclaim Defendant– Appellee.

No. 2011–1070.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2011.

F. Dominic Cerrito, Jones Day, of New York, NY, argued for plaintiffs/counterclaim defendants-appellees. With him on the brief were Daniel L. Malone, Eric C. Stops and Evangeline Shih. Of counsel was Daniel C. Wiesner.

Martin B. Pavane, Cozen O'Connor, of New York, NY, argued for defendant/counterclaim plaintiff-appellant.

James B. Monroe, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for counterclaim defendant-appellee. With him on the brief were Paul W. Browning and Kakoli Caprihan. Of counsel were Justin J. Hasford and Lawrence L. Ilag.

RADER, Chief Judge, NEWMAN and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.